IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO: 3:05cr55/LAC

JENNIFER L. WILLIAMS

_____

MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of Florida hereby moves to dismiss the Indictment in this case against the above-captioned defendant and requests that the first appearance date be vacated.

Respectfully Submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*//s//Alicia H. Kim*_____
ALICIA H. KIM
Assistant U.S. Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Fax: (850) 434-9050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been served via e-mail to Christopher Lancaster, counsel for Defendant, on this 19th day of August, 2013.

                                                  *//s//Alicia H. Kim*_____
                                                  ALICIA H. KIM
                                                  Assistant U.S. Attorney